UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

G&G CLOSED CIRCUIT EVENTS, LLC.,

                                Plaintiff                     20 Civ. 7489 (PAE)

            -v-

ANDRES JIMENEZ, individual and d/b/a/ Prospect
Billiards Cafe; and PROSPECT BILLIARDS CORP.,

                              Defendants.

                     ORDER OF DEFAULT
                          JUDGMENT

------------------------------------------------------------

PAUL A. ENGELMAYER, District Judge:

      On September 11, 2020, plaintiff filed the complaint in this case. Dkt. 1. On November 20, 2020, plaintiff served defendant Prospect Billiards Corp. with process. Dkt. 7. On November 23, 2020, plaintiff served defendant Andres Jimenez with process. Dkt 8. Neither defendant has responded to the complaint or otherwise appeared in this action. Plaintiff obtained a certificate of default from the Clerk of Court against both defendants, *see* Dkts. 14–15, on January 4, 2021. On January 19, 2021, plaintiff filed a Motion for Default Judgement against both defendants.

      On January 21, 2021, the Court issued an Order to Show Cause, requiring defendants, if they wished to oppose the motion, to file an opposition by February 22, 2021. Dkt. 23. The next day the plaintiff served the defendants with the Court's January 21, 2020 Order. Dkt. 24. The defendants have not filed any such motion.

      The Court has reviewed plaintiff's motion for default judgment pursuant to Federal Rule of Civil Procedure 55(b), Dkt 16, and plaintiff's supporting affidavit, Dkt 17. Because proof of service has been filed, the defendants have not answered the complaint, the time for answering the complaint has expired, and the defendants failed to appear to contest entry of a default judgment, the Court enters a default judgment for plaintiff against the defendants.

1

The Court, by separate order, will commission an inquest into damages.

SO ORDERED.

                                                      *Paul A. Engelmayer*
                                                      _____
                                                      Paul A. Engelmayer
                                                      United States District Judge

Dated: March 2, 2021
         New York, New York