UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| G&G CLOSED CIRCUIT EVENTS, LLC,<br><br>                                Plaintiff,<br><br>   -v-<br><br>ANDRES JIMENEZ, et al.,<br><br>                                Defendants. | CIVIL ACTION NO.: 20 Civ. 7489 (PAE) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

On March 2, 2021, the Honorable Paul A. Engelmayer entered a default judgment for Plaintiff G&G Closed Circuit Events, LLC against Defendants Andres Jimenez and Prospect Billiards Corp., and referred this action to the undersigned for an inquest into damages. (ECF Nos. 25, 26). Plaintiff "seeks recovery of its attorneys' fees and relevant costs," although it "requests 30 days from the entry of judgment to submit its requests for interest, costs, and attorneys' fees." (ECF No. 16 ¶¶ 6–7; see ECF Nos. 18 at 10–11; 19 ¶ 11).

To the extent Plaintiff seeks an award of attorney's fees or costs in connection with its Motion for a Default Judgment, it must submit for the Court's review additional supporting documentation — including, by way of several examples, updated declaration(s), time sheet(s) and invoice(s) — by **Tuesday, October 12, 2021.**

Plaintiff is directed to serve a copy of this Order on Defendants and to file proof of service by **Tuesday, September 21, 2021**.

Dated:       New York, New York
                September 13, 2021

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

2