UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

G&G CLOSED CIRCUIT EVENTS, LLC

                              Plaintiff,

-v-

ANDRES JIMENEZ, individually and d/b/a/ Prospect Billiards Cafe; and PROSPECT BILLIARDS CORP.

                              Defendants.

20 Civ. 7489 (PAE) (SLC)

ORDER

PAUL A. ENGELMAYER, District Judge:

On December 1, 2021, this Court adopted the Report and Recommendation of the Hon. Sarah L. Cave, United States Magistrate Judge, granting in part and denying in part plaintiff's motion for attorneys' fees, and closed this case. Dkt. 34 (the "Order").

The Clerk of Court is hereby directed to enter judgment in accordance with the Order and mail a copy of this order to plaintiff at the address on file.

SO ORDERED.

                                                            *Paul A. Engelmayer*
                                                            PAUL A. ENGELMAYER
                                                           United States District Judge

Dated: August 29, 2022
        New York, New York