UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
G&G CLOSED CIRCUIT EVENTS, LLC,

                Plaintiff,                      20 **CIVIL** 7489 (PAE)(SLC)

         -against-                          **JUDGMENT**

ANDRES JIMENEZ, individually and d/b/a
Prospect Billiards Café; and PROSPECT
BILLIARDS CORP.

                Defendants.
------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 29, 2022, and the Court's Opinion & Order dated December 1, 2021, the Report and Recommendation of the Hon. Sarah L. Cave, United States Magistrate Judge, is adopted. The Court has granted in part and denied in part the plaintiff's fee Motion and has awarded $2,500 in statutory damages, $7,500 in enhanced damages, $596.88 in costs, and post-judgment interest pursuant to 28 U.S.C. 1961; accordingly, the case is closed.

**Dated:**  New York, New York
           September 1, 2022

                                                     **RUBY J. KRAJICK**

                                                     **Clerk of Court**
                             **BY:**     *K. Mango*

                                                       **Deputy Clerk**